UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER L. PAYNE, individually and as the natural tutrix of her minor children, John Scott Payne and Lillian Camille Gautier** | * * * * * | CIVIL ACTION<br><br>NO.   15-1022<br><br>SECTION "G" |
| versus | • * | JUDGE BROWN |
| **CITY OF HAMMOND, CHIEF RODDY DEVALL, acting in his official and individual capacity; OFFICER RODNEY GEMAR, acting in his official and individual capacity; LIEUTENANT VINCE GIANNOBLE, acting in his official and individual capacity; MAYSON H. FOSTER, acting in his official and individual capacity; U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION; SENIOR INVESTIGATOR ALAN J. CLESI, acting in his official and individual capacity; and, TASK FORCE OFFICER DONALD HERRMAN, acting in his official and individual capacity** | * • * * * * * * * * * * * * * | MAGISTRATE DIVISION "3"<br>MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## FIRST AMENDED COMPLAINT

**NOW COMES JENNIFER L. PAYNE**, Plaintiff herein, and amends her Complaint as follows:

1.

By amending the Caption of the Complaint to add "individually and as natural tutrix of her minor children, John Scott Payne and Lillian Camille Gautier".

2.

By amending Paragraph 5 of the Complaint to read as follows:

"5.     That at all times herein mentioned, plaintiff, Jennifer L. Payne, was and still is a citizen of the United States of America, residing in Tangipahoa Parish, State of Louisiana, an area which lies within the boundaries of this district court, and was, and still is, the natural tutrix of her minor children, John Scott Payne and Lillian Camille Gautier."

3.

By amending Paragraphs 6 and 7 to read as follows:

"6.     That at all times herein mentioned the Drug Enforcement Administration ("DEA") was and still is a part of the United States Department of Justice, and was and still is the employer of certain of the named defendants herein, and vested with the hiring, training and supervision of its employees.

"7.     That at all times herein mentioned, the Hammond Police Department ("HPD") and the City of Hammond were and still are a part of Tangipahoa Parish, Louisiana, and the Hammond Police Department and the City of Hammond were, at all pertinent times, the employers of certain of the named defendants herein, and vested with the hiring, training and supervision of their employees."

4.

By amending Paragraphs 29 and 30 to read as follows:

"29.    The DEA, the HPD and the City of Hammond failed to adequately hire, train, and supervise their employees, which failure was a cause of the

violations of Plaintiff's rights.

"30.   Plaintiff realleges and reincorporates herein paragraphs 1-29 above. Defendants have violated the provisions of the United States Constitution, Federal laws, including but not limited to the Family and Medical Leave Act of 1993, 29 U.S.C. §2601, *et seq*, Louisiana state law and City of Hammond General Orders by retaliating against Plaintiff, invading her privacy, falsely arresting her, publicizing her photo and address and placing her on administrative leave."

5.

By amending Paragraph 32 to read as follows:

"32.   As a direct and proximate result of the acts of the defendants complained of herein, Plaintiff has suffered emotional distress, mental anguish, economic losses, and loss of civil rights.  Further, her children suffered collateral damage, including emotional distress and physical injuries due to stress."

6.

Plaintiff realleges and reavers all of the allegations and averments in her original Complaint and incorporates same as if set forth herein, *in extenso*.

**WHEREFORE**, Plaintiff prays as follows:

a)   That she have judgment in her favor and against the defendants for compensatory damages;

b)   That she have judgment against the defendants for punitive damages, attorney's

fees and court costs; and,

c) That she have all other legal and equitable relief to which she is entitled.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, No. 02430, T.A.**
**CLAUDE A. SCHLESINGER, No. 15042**
**KRISTIE D. HOLM, No. 28609**
GUSTE, BARNETT, SCHLESINGER, HENDERSON & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Complainant,**
**JENNIFER L. PAYNE, individually and as the natural tutrix of her minor children, JOHN SCOTT PAYNE And LILLIAN CAMILLE GAUTIER**

*Law Office of Alexandra Mora*
*A Professional Law Corporation*

/s/ Alexandra E. Mora
**ALEXANDRA E. MORA, No. 23535**
The Mora Building
322 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 566-0233
Facsimile: (504) 566-8997
Email: amora@alexmora.com

**Attorney for Complainant,**
**JENNIFER L. PAYNE, individually and as the natural tutrix of her minor children, JOHN SCOTT PAYNE And LILLIAN CAMILLE GAUTIER**